NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jamilie Ledesma, | No. CV-23-01156-PHX-SRB(DMF) |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, et al. | |
| Respondents. | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on June 15, 2023 alleging that his "constitutional rights were violated during a prison disciplinary investigation and resulting prison disciplinary sanctions." (Doc. 25, Report and Recommendation ("R&R") at 1.) Respondents filed their Response to Petitioner's Petition for Writ of Habeas Corpus on September 29, 2023. Petitioner filed a Reply on December 21, 2023. On March 1, 2024, the Magistrate Judge issued her Report and Recommendation recommending that the petition be dismissed without prejudice to the extent that the Petition may be construed as challenging a federal court conviction and/or sentence and that the Petition otherwise be denied. (Doc. 25, R&R at 21.)

In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed. The Court notes that Petitioner filed a Notice of Change of address on March 18, 2024. The Clerk mailed Petitioner another copy of the Report and Recommendation to his new address

on March 19, 2024.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus is denied without prejudice to the extent that the Petition may be construed as challenging Petitioner's federal court conviction and/or sentence. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because Petitioner has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 18th day of April, 2024.

_____
Susan R. Bolton
United States District Judge